

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2013

No. 04-13-00536-CV

Peter **MARSHALL** and Broadway 5 Homes, Inc.,
Appellants

v.

**C-6 DISPOSAL SYSTEMS INC.,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-16969
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The clerk's record was filed on November 7, 2013. Therefore, appellant's brief was due to be filed by December 9, 2013. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2013.

_____
Keith E. Hottle
Clerk of Court